EASTERN DIST.
January, 1840.

ROBINSON & CO. *vs.* ARMSTRONG.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF
NEW-ORLEANS.

ROBINSON & CO.
*vs.*
ARMSTRONG.

The appeal taken for delay evidently, and judgment affirmed with ten per cent. damages.

This suit is instituted against the maker of a promissory note, under protest. The defendant admits his signature to the note sued on, but denies that he is liable, or that the plaintiff is the true owner of it; but that it belongs to one P. M. Montgomery, who, it is averred, has brought suit in the District Court, and obtained an order of seizure and sale against a slave in defendant's possession, under mortgage for the payment of this note. He prays to be dismissed with his costs allowed.

. It was admitted suit had been brought by P. M. Montgomery as averred, but that it had been discontinued. The plaintiff proved ownership of the note, both before and since its maturity. Judgment was rendered against the defendant, and he appealed.

*Harrison,* for plaintiff.

*Clarke,* contra.

*Morphy, J.,* delivered the opinion of the court.

This suit was brought on a promissory note duly protested for non-payment; no serious defence being made, judgment was given for the plaintiff in the court below, and the defendant has taken this appeal. That it is intended for delay only is evident; the damages prayed for by the appellee must, therefore, be allowed him.

It is ordered, adjudged and decreed, that the judgment of the Parish Court be affirmed, with ten per cent. damages on the amount of the note, and costs in both courts.